Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

DEVELOPERS SURETY AND INDEMNITY
COMPANY, an Iowa corporation,

                       Plaintiff,

   vs.

TREAD LIGHT CONSTRUCTION LLC, a
Washington limited liability company; CRUM
& FORSTER SPECIALTY INSURANCE
COMPANY, an Arizona corporation;
CALVIN LINNEMANN and PATRICIA
LINNEMANN and the marital community
composed thereof,

                 Defendants.

Cause No. 2:13-cv-01437RSL

**ORDER GRANTING AGREED MOTION
FOR EXTENSION OF TIME TO
ANSWER COMPLAINT**

     THIS MATTER came before the Court on the parties' agreed motion for an extension

of time for Crum & Forster Specialty Insurance Company to answer the Complaint.  Based on

the parties' agreement, the Court orders as follows:

     1.     The Agreed Motion for Extension of Time to Answer Complaint is hereby

GRANTED;

ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO
ANSWER COMPLAINT  – 1
USDC WD WA/SEA CAUSE NO.  2:13-cv-01437

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1900.00017 fi09fb0134

1

2.      Crum & Forster's answer is due October 10, 2013

2

3

DATED this 10th day of September, 2013.

4

5

6

*MrS Lasnik*

7

Robert S. Lasnik
United States District Judge

8

9

10

Presented by:

11

SOHA & LANG, P.S.                          THORSRUD CANE & PAULICH, P.S.

12

By: s/ Geoffrey Bedell                     By: s/ Mark Thorsrud (as authorized by email
    Steven Soha, WSBA # 941509             of 09/09/2013)

13

    Email:  oclair@sohalang.com                Mark Thorsrud, WSBA #7951
    Geoffrey Bedell, WSBA 28837                Email: mthorsrud@tcplaw.com

14

    bedell@sohalang.com                        Matthew Munson, WSBA #32019
    Soha & Lang, P.S.                          Email: mmunson@tcplaw.com

15

    1325 Fourth Avenue, Suite 2000             1325 Fourth Avenue, Suite 1300
    Seattle, WA  98101                         Seattle, WA  98101

16

    Tel:  206-624-1800                         Tel:  206-386-7755
    Attorneys for Defendant Crum & Foster      Attorneys for Plaintiff

17

    Specialty Insurance Company

18

19

20

21

22

23

ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO
ANSWER COMPLAINT  – 2
USDC WD WA/SEA CAUSE NO.  2:13-cv-01437

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1900.00017 fi09fb0134