Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

DEVELOPERS SURETY AND INDEMNITY
COMPANY, an Iowa corporation,

                          Plaintiff,

    vs.

TREAD LIGHT CONSTRUCTION LLC, a
Washington limited liability company; CRUM
& FORSTER SPECIALTY INSURANCE
COMPANY, an Arizona corporation;
CALVIN LINNEMANN and PATRICIA
LINNEMANN and the marital community
composed thereof,

                      Defendants.

Cause No. 2:13-cv-01437RSL

**ORDER GRANTING AGREED MOTION
FOR EXTENSION OF TIME TO
ANSWER COMPLAINT**

THIS MATTER came before the Court on the parties' agreed motion for an extension

of time for Crum & Forster Specialty Insurance Company to answer the Complaint.  Based on

the parties' agreement, the Court orders as follows:

    1.      The Agreed Motion for Extension of Time to Answer Complaint is hereby

GRANTED;

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 2000
SEATTLE, WASHINGTON  98101
(206) 624-1800/FAX (206) 624-3585

1900.00017 fi09fb0134

1          2.          Crum & Forster's answer is due October 10, 2013

2

3          DATED this 10th day of September, 2013.

4

5

6                                                        *Robert S. Lasnik*
                                                         Robert S. Lasnik
7                                                        United States District Judge

8

9

10    Presented by:

11     SOHA & LANG, P.S.                                 THORSRUD CANE & PAULICH, P.S.

12     By: s/ Geoffrey Bedell                            By: s/ Mark Thorsrud (as authorized by email
           Steven Soha, WSBA # 941509                    of 09/09/2013)
13         Email:  oclair@sohalang.com                       Mark Thorsrud, WSBA #7951
           Geoffrey Bedell, WSBA 28837                       Email: mthorsrud@tcplaw.com
14         bedell@sohalang.com                               Matthew Munson, WSBA #32019
           Soha & Lang, P.S.                                 Email: mmunson@tcplaw.com
15         1325 Fourth Avenue, Suite 2000                    1325 Fourth Avenue, Suite 1300
           Seattle, WA  98101                                Seattle, WA  98101
16         Tel:  206-624-1800                                Tel:  206-386-7755
           Attorneys for Defendant Crum & Foster           Attorneys for Plaintiff
17         Specialty Insurance Company

18

19

20

21

22

23

ORDER GRANTING AGREED MOTION FOR EXTENSION OF TIME TO          SOHA & LANG, P.S.
ANSWER COMPLAINT  – 2                                          ATTORNEYS AT LAW
USDC WD WA/SEA CAUSE NO.  2:13-cv-01437                        1325 FOURTH AVENUE, STE 2000
                                                              SEATTLE, WASHINGTON  98101
                                                              (206) 624-1800/FAX (206) 624-3585

1900.00017 fi09fb0134